1  LAWRENCE J. GORNICK (SBN 136290)
   EMILY M. CHARLEY (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
3  San Francisco, CA 94104
   Telephone: 415-646-7160
4  Facsimile: 415-981-1270
5

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| EDWARD JONES, | No. C 06 1554 PJH |
|---|---|
| Plaintiff, | Before the Honorable Phyllis J. Hamilton |
| vs. | [~~PROPOSED~~] ORDER ~~VACATING AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE |
| ELI LILLY AND COMPANY, | |
| Defendant. | Conference Date: July 27, 2006<br>Conference Time: 2:30 p.m.<br>Location: Courtroom 3, 17th Floor |

For the reasons set forth in Plaintiff and Defendant's Joint Case Management Conference Statement, the Court hereby continues the July 27, 2006 Case Management Conference ("CMC") to November 30, 2006, at 2:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: 7/24/06

Honorable Phyllis J. Hamilton
United States District Court

*[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court Northern District of California]*

– 3 –
[Proposed] Order